UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CIVIL ACTION NO. 1:22-CV-00001-GNS-HBB

LORI RAWLINGS et al.                                                                                    PLAINTIFFS

v.

HACK MARCUM et al.                                                                                     DEFENDANTS

## **JUDGMENT**

This matter having come before the Court on Defendants' Motion for Partial Summary Judgment (DN 154), and the Court on this date having issued its Memorandum Opinion and Order granting the motion in part as to Plaintiffs' federal claims against Defendants Southern Health Partners, Inc. and Desiree Keith.

**IT IS HEREBY ORDERED** that judgment be entered in favor of Defendants Southern Health Partners, Inc. and Desiree Keith consistent with the Court's Memorandum Opinion and Order.

This is a final and appealable order.

Greg N. Stivers, Chief Judge
United States District Court

June 5, 2025

cc:     counsel of record